```
                                                        CLERK'S OFFICE U.S. DIST. COURT
                                                              AT ROANOKE, VA
                                                                   FILED
```

IN THE UNITED STATES DISTRICT COURT  JUN 29 2006
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION                     JOHN F. CORCORAN, CLERK
                                     BY: /s/
                                         DEPUTY CLERK

| | |
|---|---|
| JAMES BOYD, ) | |
|     Plaintiff, ) | Civil Action No. 7:06cv00388 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| MICHELLE SMITH, ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

Plaintiff James Boyd, a Virginia prisoner proceeding pro se, brings this action for damages pursuant to 42 U.S.C. § 1983.[1] This court has dismissed three previous actions filed by Boyd pursuant to 28 U.S.C. § 1915A(b)(1).[2] Therefore, Boyd may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As Boyd has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury," the court dismisses his complaint without prejudice and denies his motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).[3]

The Clerk is directed to send a certified copy of this order to the plaintiff.

ENTER: This 29th day of June, 2006.

                                                UNITED STATES DISTRICT JUDGE

---

[1] By Order entered June 16, 2006, this cause of action was transferred to this court from the United States District Court for the Northern District of California.

[2] See Boyd v. Simpson, Civil Action No. 7:02cv00646 (W.D. Va. May 13, 2002); Boyd v. None Named, Civil Action No. 7:02cv00598 (W.D. Va. April 24, 2002); Boyd v. Olson, Civil Action No. 7:02cv00074 (W.D. Va. Jan. 24, 2002).

[3] The court has previously notified Boyd that he may not file civil actions in this court unless he either pays the filing fee or demonstrates that he is under imminent danger of serious physical injury. Therefore, the court will not give Boyd additional time to pay the filing fee or amend his complaint.